IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMBRIDGE AREA SCHOOL DISTRICT, et al.,   )
                                                )
            Plaintiffs,   )   Civil Action No.:  2:23-cv-01530-CB
                                                )
       v.   )
                                                )
NORFOLK SOUTHERN CORPORATION and   )
NORFOLK SOUTHERN RAILWAY   )
COMPANY,   )
                                                )
          Defendants.   )
                                                )

**ORDER OF COURT**

AND NOW, to wit, this 18th day of December 2023, upon consideration of the Consent

Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint filed on behalf of

Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, it is

hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.  The Norfolk

Southern defendants shall file their Response to Plaintiffs' First Amended Complaint within

21 days after service of the last-served Railcar Defendant.

                                          BY THE COURT:

                                          s/Cathy Bissoon
                                          Cathy Bissoon
                                          United States District Judge