**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMBRIDGE AREA SCHOOL DISTRICT, *et al.*, | ) | |
| Plaintiffs, | ) | 2:23-cv-01530-CB |
| v. | ) | Chief Judge Cathy Bissoon |
| NORFOLK SOUTHERN CORPORATION, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This Court has been monitoring the Honorable Benita Y. Pearson's deft and masterful handling of the "main" case, *In re: East Palestine Train Derailment*, 4:23-cv-00242-BYP (N.D. Oh.). Judge Pearson recently has begun to address the severance and reopening of "loose ends" member cases, as appropriate. *See, e.g.*, Doc. 1058 in 4:23-cv-00242-BYP. This serves as a good cue to rejoin the school district litigation.

Like Judge Pearson, the undersigned will construe the Rule 41 notices regarding TRINITY (Doc. 105) and GATX and GAMC (Doc. 106) as Motions under Rule 21 to "drop" those parties; the Motions are **GRANTED**; their Motions to Dismiss (Doc. 71 & Doc. 75) are **DENIED AS MOOT**; and they have been terminated as parties.

This leaves the NORFOLK Defendants and OXY VINYLS. Those Defendants' Motions to Dismiss (Doc. 73 & Doc. 68) are **DENIED**, for the same reasons offered by Judge Pearson in the main case. *See* decisions dated Mar. 13, 2024, at 2024 WL 1096064, 2024 WL 1094616 *and* 2024 WL 1096062. The only differences being, **(a)** the Court will not dismiss contribution

claims as premature, *cf.* 2024 WL 1094616 at *19[1]; and **(b)** it will not dismiss claims for "future health monitoring" (Count V), *cf.*, *e.g.*, 2024 WL 1096064, at *14 (dismissing an independent count for "medical monitoring," as redundant of the plaintiffs' claims for damages). While Count V is, indeed, redundant, the Court sees no harm in leaving it in.

The only issue not addressed in Judge Pearson's rulings is the matter of standing. Defendants have not shown that dismissal on this grounds is warranted. The school districts have standing to pursue property-damage recovery, and the Amended Complaint proposes a representative class of students. Standing is no impediment.[2]

The remaining Defendants shall answer the Amended Complaint by **November 9, 2026**. Fed. R. Civ. P. 12(a)(4)(A). IT IS SO ORDERED.

October 26, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record

---

[1] *See generally*, *e.g.*, Am. Compl. (Doc. 27) at ¶ 146 (alleging that all remaining Defendants "caused or contributed to" Plaintiffs' harms).

[2] As Defendants likely would hasten to add, students falling within the class definition(s) adjudicated in the main case cannot enjoy double-recovery.